AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Bryan Montez James,

PETITIONER

v.

Jeff Uttecht,

RESPONDENT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 08-CV-318-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 12) is ADOPTED, in its entirety. Petitioner's Petition under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody (Ct. Rec. 1) is DENIED.  Judgment is entered in favor of Respondent and against Petitioner.

| April 9, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |